UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 21-166 |
| ERIC METZ | SECTION: "E" |
| JOSHUA MACKEY | |
| FREDERICK TURNER | |
| CALLEIGH AMOS | |
| THEODORE HOLMES, JR. | |
| LESLIE PARKER | |
| KORAL WELLS | |
| DARON WILLIAMS | |
| LONNIE WILLIAMS | |

NOTICE OF <u>PRETRIAL CONFERENCE AND JURY TRIAL</u>

**PHOTO IDENTIFICATION REQUIRED TO ENTER THE BUILDING**

Take notice that this criminal case has been set for **Jury Trial** on **June 13, 2022** at **9:00 a.m.,** before Judge Susie Morgan, 500 Poydras St., New Orleans, LA.  A **Pre-Trial Conference** will be held on **May 24, 2022,** at **10:00 a.m.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| Date:  January 11, 2022 | CAROL L. MICHEL, CLERK |
| | by:  Brad Newell, Deputy Clerk |
| TO: | |
| Eric Metz (**DETAINED**) | AUSA: David H. Sinkman, T.A. |
| **COUNSEL FOR ERIC METZ:**<br>Jerrod Edward Thompson-Hicks, FPD | U.S. Marshal |
| | U.S. Probation & Pre-Trial Services Unit |
| Joshua Mackey (**DETAINED**) | Interpreter: **NONE** |
| **COUNSEL FOR JOSHUA MACKEY:**<br>Warren McKenna, III, CJA | **If you change address,<br>notify clerk of court<br>by phone, 504-589-7714** |

Frederick Turner (**DETAINED**)

**COUNSEL FOR FREDERICK TURNER:**
Frank G. DeSalvo, CJA

Calleigh Amos (**BOND**)

**COUNSEL FOR CALLEIGH AMOS:**
Anna L. Friedberg, CJA

Theodore Holmes, Jr. (**BOND**)

**COUNSEL FOR THEODORE HOLMES, JR.:**
Theodore Holmes, Jr., CJA

Leslie Parker (**DETAINED**)

**COUNSEL FOR LESLIE PARKER:**
Jerome W. Matthews, Jr., CJA

Koral Wells (**DETAINED**)

**COUNSEL FOR KORAL WELLS:**
Arthur A. Lemann, IV, CJA

Daron Williams (**DETAINED**)

**COUNSEL FOR DARON WILLIAMS:**
Patrick L. Williams, CJA

Lonnie Williams (**DETAINED**)

**COUNSEL FOR LONNIE WILLIAMS:**
Charles D. Marshall, III, CJA